AO 247 (02/08) Order Regarding Motion for Sentence Reduction

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/3/08
GB

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Ederick Toomer ) | Case No: 6:02CR60066-001 |
| ) | USM No: 11594-035 |
| Date of Previous Judgment: 05/22/2003 ) | J. Kevin Stockstill, esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __108__ months **is reduced to** __87__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 108 to 135 months | Amended Guideline Range: | 87 to 108 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

COPY SENT
DATE 3/3/08
BY GB
TO USP cc
   USM cc

**III. ADDITIONAL COMMENTS**
The sentence reduction ordered above is subject to the prohibition found in U.S.S.G. §1.B.1.10(b)(2)(C).

Except as provided above, all provisions of the judgment dated __05/22/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/03/2008__

Effective Date: _____
(if different from order date)

Judge's signature

Tucker L. Melancon, United States District Judge
Printed name and title